PATTISON AND BOWNS, INC., RESPONDENT, v. TOWNSHIP
OF SADDLE RIVER ET AL., APPELLANTS.

Argued February 4, 1943—Decided May 13, 1943.

For the respondent, *Hobart, Minard & Cooper.*

For the appellants, *Chandless, Weller & Kramer.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Colie in the Supreme Court.

*For affirmance*—PARKER, BODINE, HEHER, PERSKIE, POR-
TER, DEAR, WELLS, HAGUE, THOMPSON, JJ.　9.

*For reversal*—THE CHIEF JUSTICE, RAFFERTY, JJ.　2.